UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAUREN EVE LAFITTE** | **CIVIL ACTION** |
| **VERSUS** | **No. 16-8236** |
| **TEAM INDUSTRIAL SERVICES, INC.** | **SECTION I** |

### ORDER AND REASONS

Considering plaintiff's motion[1] in limine to exclude summary judgment exhibits and plaintiff's motion[2] to file a sur-reply,

**IT IS ORDERED** that the motion in limine is **DISMISSED AS MOOT**. *See* R. Doc. No. 49 (order denying summary judgment). This Court expresses no view on the admissibility of the exhibits.

**IT IS ORDERED** that the motion to file a sur-reply is **GRANTED**.

New Orleans, Louisiana, March 1, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 36.
[2] R. Doc. No. 45.